| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pride of San Juan Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **77-0441815** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**11296 Blackie Rd.**<br>**Castroville, Ca**<br>ZIP CODE **95012** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Monterey** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE **95012** | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pride of San Juan Inc.** | **FORM B1,** Page 2 |
|---|---|---|

| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**<br>_____<br>    Signature of Attorney for Debtor(s)       Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Pride of San Juan** | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Kari L. Silva, Esq.**
Printed Name of Attorney for Debtor(s)

**CAMPEAU GOODSELL SMITH**
Firm Name

**440 N. 1ST ST STE 100**
Address

**SAN JOSE, CA 95112**

**408-295-9555**
Telephone Number

**257033**
Date                      Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Steven Wyrick**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court
## Central District of California

| In re | **Pride of San Juan Inc.** | Case No.: |
|---|---|---|
| | Debtor. | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 2 | $ 0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 4,400,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 916,220.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 33 | | $ 5,882,197.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 42 | $ 0.00 | $ 11,198,417.00 | |

| In re | **Pride of San Juan** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total  ➤   0.00

(Report also on Summary of Schedules.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **8.75% of ownership of True Leaf Farms** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

| In re **Pride of San Juan** | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **2009 Tax Refund** | | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Name Patent of Pride of San Juan** | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____1_____ continuation sheets attached

$ 0.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

| In re | Pride of San Juan Inc. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Rabobank, NA PO Box 450 Salinas, CA 93902** **Rene Lastreto Lang, Richert & Patch 5200 N. Pak, Ave., 4th Floor Fresno, CA 93704** **Superior Court of Callifornia County of San Benito 440 Fifth St., Hollister, CA 95023** | | | **Security Agreement Blanket Security Lien on all Assets, Not a lien holder on vehicles** **Value $0.00** | | | | 4,400,000.00 | 0.00 |

0 continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) ➤ | $ 4,400,000.00 | $ 0.00 |
| Total (Use only on last page) ➤ | $ 4,400,000.00 | $ 0.00 |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| In re | Pride of San Juan | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals:** Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2  **continuation sheets attached**

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, Salaries, and Commissions**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Employment Development Department District Tax Office 2045 40th Ave. Suite A Capitola, CA 95010** | | | **Employer Contributions** | | | | 21,424.00 | 21,424.00 | $0.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ≻ (Totals of this page) | $ 21,424.00 | $ 21,424.00 | $ 0.00 |
| Total ≻ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ≻ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

| In re   Pride of San Juan | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **California Franchise Tax Board PO Box 942867 Sacramento, CA 94267-0011** | | | **Income Taxes Withheld** | | | | 30,796.00 | 30,796.00 | $0.00 |
| Last four digits of ACCOUNT NO. **Internal Revenue Service PO Box 6229 Chicago, IL 60680-6229** | | | **Employment Taxes Withheld** | | | | 864,000.00 | 864,000.00 | $0.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸ (Totals of this page) | $ 894,796.00 | $ 894,796.00 | $ 0.00 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 916,220.00 | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 916,220.00 | $ 0.00 |

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐          Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | Fees | | | | 0.00 |
| Last four digits of ACCOUNT NO. A&P Farms 1 Blossom Lane Watsonville, CA 95076 | | | Credit | | | | 126,710.00 |
| Last four digits of ACCOUNT NO. AG-Seeds Unlimited 10 North East St. Ste 200 Woodland, CA 95776<br><br>Mark A Serlin Serlin & Whiteford, LLP 813 F. Street, 2nd Floor Sacramento, CA 95814<br><br>Superior Court of California County of San Benito 440 Fifth Street Hollister, CA 95023 | | | Credit | | | | 40,216.00 |
| Last four digits of ACCOUNT NO. Allied Insurance 1601 Exposition Blvd. Sacramento, CA 95815 | | | Insurance | | | | 12,718.00 |

32   Continuation sheets attached

| | | |
|---|---|---|
| Subtotal ➤ | $ | 179,644.00 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of<br>ACCOUNT NO.<br>**Allied Waste Services**<br>PO Box 4459<br>Yma, AZ 85366-4459 | | | Credit | | | | 800.00 |
| Last four digits of<br>ACCOUNT NO.<br>**Amcor Distribution LLC**<br>PO Box 26297<br>Yuma, AZ 85367 | | | Credit | | | | 3,745.00 |
| Last four digits of<br>ACCOUNT NO.<br>**American Supply Co, Inc**<br>PO Box 2026<br>Salinas, CA 93901 | | | Credit | | | | 251.00 |
| Last four digits of<br>ACCOUNT NO.<br>**Aramark Uniform Services**<br>PO Box 28383<br>San Jose, CA 95159-8383 | | | Credit | | | | 1,462.00 |
| Last four digits of<br>ACCOUNT NO.<br>**AT&T**<br>PO Box 277019<br>Atlanta, GA 30384-7019 | | | Service | | | | 3,538.00 |

Sheet no. _1_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ≻ | $ | 9,796.00 |
| Total ≻ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>B&E Sanitation Inc.<br>PO Box 5467<br>Yuma, AZ 85366-0000 | | | Service | | | | 1,541.00 |
| Last four digits of ACCOUNT NO.<br>Bank of America<br>PO Box 60069<br>City of Industry, CA 91716-0069 | | | Credit | | | | 5,374.00 |
| Last four digits of ACCOUNT NO.<br>Beacon Gas<br>105 San Felipe Rd.<br>Hollister, CA 95023 | | | Credit | | | | 90.00 |
| Last four digits of ACCOUNT NO.<br>Benjamin Arroyo Jr.<br>PO Box 36<br>Patterson, CA 95363 | | | Service | | | | 36,494.00 |
| Last four digits of ACCOUNT NO.<br>Billy Walker Rentals<br>PO Box 3024<br>Gonzales, CA 93926-3024 | | | Credit | | | | 7,202.00 |

Sheet no. 2 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | 50,701.00 |
| Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Brigantino Irrigation** <br> **910 Propospect Ave.** <br> **Hollister, CA 95023** | | | Credit | | | | 36,523.00 |
| Last four digits of ACCOUNT NO. <br> **Bulldog Oil** <br> **PO Box 730** <br> **Riverbank, CA 95367** | | | Credit | | | | 650.00 |
| Last four digits of ACCOUNT NO. <br> **C&M Helicopter Inc.** <br> **230 Skyland Drive** <br> **Hollister, CA 95023** | | | Credit | | | | 1,145.00 |
| Last four digits of ACCOUNT NO. <br> **Ca Leafy Green Products** <br> **1521 I Street** <br> **Sacramento, CA 95814-2016** | | | Credit | | | | 6,066.00 |
| Last four digits of ACCOUNT NO. <br> **California Assn. of Flower Growers** <br> **820 Bay Ave., Suite 210** <br> **Capitola, CA 95010** | | | **Association Fees** | | | | 316.00 |

Sheet no. _3_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 44,700.00 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **California Chamber of Commerce** <br> **1332 North Market Blvd.** <br> **Sacramento, CA 95834** | | | **Assn. Fees** | | | | 265.00 |
| Last four digits of ACCOUNT NO. <br> **California State Automobile Assn** <br> **PO Box 429186** <br> **SF, CA 94142-9811** | | | **Insurance** | | | | 54.00 |
| Last four digits of ACCOUNT NO. <br> **California Transport LLC** <br> **124 Griffin St.** <br> **Salinas, CA 93901** | | | **Credit** | | | | 1,094.00 |
| Last four digits of ACCOUNT NO. <br> **Cavanagh Flying Service** <br> **601 S. Indiana Ave.** <br> **Modesto, CA 95357** | | | **Credit** | | | | 13,631.00 |
| Last four digits of ACCOUNT NO. <br> **CB Ogistics** <br> **PO Box 2390** <br> **Salinas, CA 93902** | | | **Credit** | | | | 1,100.00 |

Sheet no. _4_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ► | $ | 16,144.00 |
| Total ► | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Central Wholesale Electronics PO Box 351 Livermore, CA 94551 | | | Credit | | | | 76.00 |
| Last four digits of ACCOUNT NO. Ceres Certifications PO Box 848 Chippewa Falls, WI 54729 | | | Credit | | | | 961.00 |
| Last four digits of ACCOUNT NO. Chappell Pump & Supply 585 Las animas PO Box 1683 Gilroy, CA 95021-1683 | | | Credit | | | | 3,401.00 |
| Last four digits of ACCOUNT NO. Chemical Support Specialist 491 Herdon Ave. Suite 220 Clovis, CA 93612 | | | Credit | | | | 845.00 |
| Last four digits of ACCOUNT NO. Church Brothers LLC 19065 Portola Drive Ste C Salinas, CA 93908 | | | Credit | | | | 48.00 |

Sheet no. 5 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➢ | $ | 5,331.00 |
| Total ➢ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Coast Counties Peterbilt**<br>**920 Elvee Dr.**<br>**Salinas, CA 93901** | | | Credit | | | | 3,000.00 |
| Last four digits of ACCOUNT NO.<br>**Coastal Tractor Inc.**<br>**6454 Chestnut St.**<br>**Gilroy, CA 95020** | | | Credit | | | | 75,584.00 |
| Last four digits of ACCOUNT NO.<br>**Condor Seed Production**<br>**16315 S. Ave A 1/2**<br>**Somerton, AZ 85350** | | | Credit | | | | 13,123.00 |
| Last four digits of ACCOUNT NO.<br>**Crop Production Services**<br>**1901 Shelton Drive**<br>**Hollister, CA 95023**<br><br>**Fresno Superior Court**<br>**2317 Tuolumne St.**<br>**Fresno, CA**<br>**93721** | | | Credit | | | | 1,004,252.00 |

Sheet no.  6 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ⊁ | $ | 1,095,959.00 |
| Total ⊁ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|-------|-------------------|--------|-----------|--------------|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> CSC of Salinas <br> 721-B Abbott St. <br> Salinas, CA 93901 | | | Credit | | | | 0.00 |
| Last four digits of ACCOUNT NO. <br> Custom Produce Sales <br> PO Box 977 <br> Kingsburg, CA 95631 | | | Credit | | | | 225.00 |
| Last four digits of ACCOUNT NO. <br> Dassel's Petroleum Inc <br> 31 Wright Road <br> Hollister, CA 95023 | | | Credit | | | | 6,350.00 |
| Last four digits of ACCOUNT NO. <br> Dave Kawahara <br> 698 Burnett Ave. <br> Morgan Hill, CA 95037 | | | Labor | | | | 13,000.00 |
| Last four digits of ACCOUNT NO. <br> David Drew Transportation <br> PO Box 6982 <br> Salinas, CA 93912 | | | Credit | | | | 2,335.00 |

Sheet no. 7 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal > | $ | 21,910.00 |
|---|---|---|---|
| | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Del Puerto Water District** <br> **PO Box 1596** <br> **Patterson, CA 95363** | | | **Fees** | | | | 37,280.00 |
| Last four digits of ACCOUNT NO. <br> **Deltatrak, Inc** <br> **PO Box 398** <br> **Pleasanton, CA 94566** | | | **Credit** | | | | 211.00 |
| Last four digits of ACCOUNT NO. <br> **Destiny Packaging Inc.** <br> **455 Canyon Del Rey Blvd. #422** <br> **Del Rey Oaks, CA 93940** | | | **Credit** | | | | 4,721.00 |
| Last four digits of ACCOUNT NO. <br> **DMV** <br> **PO Box 932320** <br> **Sacramento, CA 94232-3200** | | | **Fees** | | | | 14,010.00 |
| Last four digits of ACCOUNT NO. <br> **Duncan Family Farms** <br> **17203 W. Indian School Rd.** <br> **Goodyear, AZ 85395-9209** | | | **Credit** | | | | 40,000.00 |

Sheet no. _8_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➢ | $ | 96,222.00 |
| Total ➢ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | **Pride of San Juan** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Eldwood Dryden**<br>**PO Box 1450**<br>**Hollister, CA 95024** | | | Credit | | | | 8,164.00 |
| Last four digits of ACCOUNT NO.<br>**Elkhorn Packing Co LLC**<br>**PO Box 838**<br>**Castroville, CA 95012** | | | Credit | | | | 6,868.00 |
| Last four digits of ACCOUNT NO.<br>**ES Labor**<br>**PO Box 1136**<br>**Huron, CA 93234** | | | Labor | | | | 15,048.00 |
| Last four digits of ACCOUNT NO.<br>**Escamilla Electric**<br>**PO Box 3156**<br>**Somerton, AZ 85350** | | | Credit | | | | 2,671.00 |
| Last four digits of ACCOUNT NO.<br>**Famous Software, LLC**<br>**8080 North Palm Ave. Ste 210**<br>**Fresno, CA 93711** | | | Credit | | | | 3,930.00 |

Sheet no. 9 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 36,681.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | **Pride of San Juan** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Fastenal Company** <br> **PO Box 978** <br> **Winona, MN 55987-0978** | | | Credit | | | | 497.00 |
| Last four digits of ACCOUNT NO. <br> **Federal Express** <br> **PO Box 1140** <br> **Memphis, TN 38101-1140** | | | Credit | | | | 2,195.00 |
| Last four digits of ACCOUNT NO.  788312-001 <br> **Fisher Scientific** <br> **13551 Collections Ctr. Dr** <br> **Chicago, CA 60693** | | | Credit | | | | 220.00 |
| Last four digits of ACCOUNT NO. <br> **Food Safety Now, LLC** <br> **PO Box 1290** <br> **Salinas, CA 93902** | | | Credit | | | | 580.00 |
| Last four digits of ACCOUNT NO. <br> **Fresh Farm, Inc.** <br> **PO Box 1600** <br> **King City, CA 93930** | | | Credit | | | | 7,492.00 |

Sheet no.  10  of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➢ | $ | 10,984.00 |
| Total ➢ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ Gil-Gen 7330 Railroad St. Gilroy, CA 95020 | | | Credit | | | | 4,048.00 |
| Last four digits of ACCOUNT NO. _____ Green Rubber Kennedy AG PO Box 7488 Spreckles, CA 93962 | | | Credit | | | | 33.00 |
| Last four digits of ACCOUNT NO. _____ Green Valley Industrial SU PO Box 7638 Spreckles, CA 93962-7638 | | | Credit | | | | 157.00 |
| Last four digits of ACCOUNT NO. _____ GW Palmer & Co., Inc. 1080 West Rex Rd. #100 Memphis, TN 38119-3820 | | | Credit | | | | 453.00 |
| Last four digits of ACCOUNT NO. _____ Hasler Refrigeration Inc. 1365 South Pacific Ave. Yuma, AZ 85365 | | | Credit | | | | 11,355.00 |

Sheet no. 11 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal > | $ | 16,046.00 |
|---|---|---|---|
| | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Hayash & Wayland<br>Po Box 1879<br>Salinas, CA 93902 | | | Credit | | | | 9,425.00 |
| Last four digits of ACCOUNT NO.<br>Headstart Nurserey, Inc<br>4860 Monterey Rd.<br>Gilroy, CA 95020 | | | Credit | | | | 153,974.00 |
| Last four digits of ACCOUNT NO.<br>Hernandez Labor Inc.<br>PO Box 2108<br>Hollister, CA 95024 | | | Labor | | | | 7,175.00 |
| Last four digits of ACCOUNT NO.<br>High Sierra Chemicals, Inc.<br>PO Box 848<br>Chippewa Falls, WI 54729 | | | Credit | | | | 4,802.00 |
| Last four digits of ACCOUNT NO.<br>Hollister Auto Parts, Inc.<br>PO Box 1395<br>Hollister, CA 95024-1395 | | | Credit | | | | 1,255.00 |

Sheet no. 12 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | 176,631.00 |
| Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Hollister Drive In Market**<br>**889 4th St.**<br>**Hollister, CA 95023** | | | **Credit** | | | | 1,871.00 |
| Last four digits of ACCOUNT NO. **39-2010-00237496-CL-BC-S**<br>**Holt of California**<br>**PO Box x**<br>**Sacramento, CA 95813**<br><br>**Superior Court of California,**<br>**County of San Joaquin**<br>**222 E. Weber Ave.,**<br>**Stockton, CA 95202**<br><br>**Mark Poniatowski, Esq**<br>**Law Offices of Mark D. Poniaowski**<br>**2811 Castro Valley Blvd., Suite 208**<br>**Castro Valley, CA 94546** | | | **09/13/2010**<br><br>**Default Judgment** | | | | 37,650.00 |
| Last four digits of ACCOUNT NO.<br>**Home Depot**<br>**PO Box 6031**<br>**The Lakes, NV 88901-6031** | | | **Credit** | | | | 1,919.00 |
| Last four digits of ACCOUNT NO.<br>**ICON Solutions**<br>**9800 Rolling Meadows Ln**<br>**Salinas, CA 93907** | | | **Credit** | | | | 6,044.00 |

Sheet no. __13_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 47,484.00 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **In Motion Transportation** <br> PO Box 6858 <br> San Jose, CA 95150-6858 | | | Credit | | | | 1,522.00 |
| Last four digits of ACCOUNT NO.   **File 73299** <br> **J.M. Equipment** <br> PO Box 6000 <br> San Francsico, CA 94160-3299 | | | Credit | | | | 206.00 |
| Last four digits of ACCOUNT NO. <br> **Jet Pro Inc.** <br> 486 Cabot Rd. <br> S. San Francisco, CA 94080 <br><br> **KENNEALLY, BERNARD P** <br> 2977 Ygnacio Valley Rd #155 <br> Walnut Creek, CA 94598 | | | Credit | | | | 39,358.00 |
| Last four digits of ACCOUNT NO. <br> **John Kawahara** <br> 698 Burnet Ave. <br> Morgan Hill, CA 95037 | | | Credit | | | | 13,000.00 |
| Last four digits of ACCOUNT NO. <br> **John O"Neil** <br> PO Box 1183 <br> San Juan Bautista, CA 9045 | | | Credit | | | | 47.00 |

Sheet no. _14_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 54,133.00 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | **Pride of San Juan** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> John Smith Landfill <br> 2650 Johnson Smith Rd. <br> Hollister, CA 95023 | | | Credit | | | | 613.00 |
| Last four digits of ACCOUNT NO. <br> Johnny's Selected Seeds <br> 955 Benton Ave. <br> Winslow, ME 04901 | | | Credit | | | | 2,682.00 |
| Last four digits of ACCOUNT NO. <br> Johnson & Associates <br> PO Box 120 <br> Salinas, CA 93902-0120 | | | Credit | | | | 391.00 |
| Last four digits of ACCOUNT NO. <br> Jose Escamilla <br> 2213 California Ct. <br> Calexio, CA 92231 | | | Credit | | | | 76,152.00 |
| Last four digits of ACCOUNT NO. <br> Keaton & Associates, Inc. <br> 1278 W. Northwest Highway Suite 903 <br> Palatine, IL 60067 | | | Credit | | | | 35,691.00 |

Sheet no. 15 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | 115,529.00 |
| Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Keithly-Williams Seeds PO Box 177 Holtville, CA 92250 | | | Credit | | | | 254,053.00 |
| Last four digits of ACCOUNT NO. Law Offices of Clark & Ass. 256 S. Second Ave. Suite E Yuma, AZ 85364 | | | Credit | | | | 982.00 |
| Last four digits of ACCOUNT NO. Lettuce Trak, Inc. PO Box 1468 Yuma, AZ 85366 | | | Credit | | | | 11,500.00 |
| Last four digits of ACCOUNT NO. Madwesco, LLC 3376 Crenega Rd. Hollister, CA 95083 | | | Credit | | | | 869.00 |
| Last four digits of ACCOUNT NO. Maggiora Bros Drilling, Inc. 595 Airport Blvd. Watsonville, CA 95076-2027 | | | Credit | | | | 27,817.00 |

Sheet no. 16 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | 295,221.00 |
| Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | Case No.: | |
|-------|-------------------|-----------|--|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. ___<br>Mar Monte Medical Clinic<br>846 Freedom Blvd.<br>Watsonville, CA 95076 | | | Credit | | | | 270.00 |
| Last four digits of ACCOUNT NO. ___<br>Matsuye Shinga<br>460 Breen Rd.<br>San Juan Bautista, CA 95045 | | | Credit | | | | 8,500.00 |
| Last four digits of ACCOUNT NO. ___<br>Matt Boulware Farms<br>200 Northhampton Way<br>Newman, CA 95360 | | | Credit | | | | 4,487.00 |
| Last four digits of ACCOUNT NO. ___<br>Matt Yanez<br>11296 Blackie Rd.<br>Castroville, CA 95012 | | | Credit | | | | 300.00 |
| Last four digits of ACCOUNT NO. ___<br>Melo Machine & Manufacturing<br>PO Box 517<br>Patterson, CA 95363-0517 | | | Credit | | | | 8,032.00 |

Sheet no. _17_ of _32_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | 21,589.00 |
| Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | **Pride of San Juan** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Mobile Mini, LLC<br>7420 S. Kyrene Rd. Suite 101<br>Tempe, AZ 85283 | | | Credit | | | | 2,240.00 |
| Last four digits of ACCOUNT NO.<br>Monterey Bay Systems<br>27 Quail Run Circle<br>Salinas, CA 93907 | | | Credit | | | | 211.00 |
| Last four digits of ACCOUNT NO.<br>Morelos Bros.<br>5609 Edgefield Way<br>Salida, CA 95368 | | | Credit | | | | 4,044.00 |
| Last four digits of ACCOUNT NO.<br>Moreno Petroleum Co<br>33 Associated Land<br>PO Box 429<br>Watsonville, CA 95077 | | | Credit | | | | 119,435.00 |
| Last four digits of ACCOUNT NO.<br>Norcal Waste of San Benito<br>1351 Pacheco Pass Hwy<br>Gilroy, CA 95020 | | | Credit | | | | 12,508.00 |

Sheet no. 18 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 138,438.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | **Pride of San Juan** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> Orange Enterprises Inc. <br> 2377 W. Shaw Suite 205 <br> Fresno, CA 93711-0000 | | | Credit | | | | 2,580.00 |
| Last four digits of ACCOUNT NO. <br><br> Oscar's Bearings & Seals <br> 10865 Merrit St. <br> PO Box 638 <br> Castroville, CA 95012 | | | Credit | | | | 777.00 |
| Last four digits of ACCOUNT NO. <br><br> Pacific Truck Parts <br> 1103 Abbott St. <br> Salinas, CA 93901-4634 | | | Credit | | | | 326.00 |
| Last four digits of ACCOUNT NO. <br><br> Paxton-O'Brien Law Group <br> 350 Fifth St. <br> Hollister, CA 95023 | | | Credit | | | | 9,100.00 |
| Last four digits of ACCOUNT NO. <br><br> Pemcon Inc. <br> 730 Neeson Rd. <br> Marina, CA 93933 | | | Credit | | | | 456.00 |

Sheet no. 19 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | 13,239.00 |
| Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | **Pride of San Juan** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> Petasas & Hill CPA's, Inc. <br> 3150 Hilltop Mall Rd. <br> Richmon, CA 94806-0000 | | | Credit | | | | 13,706.00 |
| Last four digits of ACCOUNT NO. <br> Peterson Tractor Co. Inc. <br> PO Box 5258 <br> San Leandro, CA 94577-0610 | | | Credit | | | | 1,490.00 |
| Last four digits of ACCOUNT NO. <br> PG&E <br> PO Box 997300 <br> Sacramento, CA 95899-7300 | | | Credit | | | | 9,709.00 |
| Last four digits of ACCOUNT NO. <br> Pinnacle Food Safety Supply <br> PO Box 2033 <br> Gonzales, CA 93926 | | | Credit | | | | 1,617.00 |
| Last four digits of ACCOUNT NO. <br> Pinnacle Urgent Care Inc. <br> PO Box 8159 <br> Salinas, CA 93912-8159 | | | Credit | | | | 410.00 |

Sheet no. 20 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 26,932.00 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____<br>**Pitney Bowes Global Financial**<br>**2225 American Dr.**<br>**Neenah, WI, 54956** | | | Credit | | | | 1,405.00 |
| Last four digits of ACCOUNT NO. _____<br>**Praxair Distribution Inc.**<br>**Department LA 21511**<br>**Pasadena, CA 91185-1511** | | | Credit | | | | 695.00 |
| Last four digits of ACCOUNT NO. _____<br>**Premium Employment Service**<br>**449 Harrison Rd.**<br>**PO Box 4118**<br>**Salinas  CA 93912-4118** | | | Credit | | | | 106,940.00 |
| Last four digits of ACCOUNT NO. _____<br>**Primus Labratories, Inc.**<br>**2810 Industrial Pkwy**<br>**Santa Maria, CA 93455** | | | Credit | | | | 61,934.00 |
| Last four digits of ACCOUNT NO. _____<br>**Pringle Tractor Co.**<br>**PO Box 689**<br>**Salinas, CA 93902** | | | Credit | | | | 6,137.00 |

Sheet no. 21 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $ | 177,111.00 |
|---|---|---|---|
| | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Produce Reporter Information** <br> 845 E. Geneva Rd. <br> Carol Stream, IL  60188-3520 | | | Credit | | | | 2,870.00 |
| Last four digits of ACCOUNT NO. <br> **Quinn Company** <br> Department 9665 <br> Los Angeles, CA 90084-9665 | | | Credit | | | | 4,028.00 |
| Last four digits of ACCOUNT NO. <br> **Ramona Costa** <br> 2020 Shore Rd. <br> Hollister, CA 95023 | | | Credit | | | | 52,252.00 |
| Last four digits of ACCOUNT NO. <br> **Ramsay-Highlander Inc.** <br> PO Box 5087 <br> Salinas, CA 93915-5087 | | | Credit | | | | 23,005.00 |
| Last four digits of ACCOUNT NO. <br> **Reece Spraying Service, Inc.** <br> 30725 S. Koster Rd. <br> Tracy, CA 95376 | | | Credit | | | | 2,921.00 |

Sheet no. 22 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $  85,076.00

Total >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Retriever Payment Systems** <br> **20405 State Hwy 249 Ste 700** <br> **Houston, Tx 77070** | | | Credit | | | | 16.00 |
| Last four digits of ACCOUNT NO. <br> **River City Produce Sales** <br> **2630 5th St.** <br> **Sacramento, CA 95818** | | | Credit | | | | 270.00 |
| Last four digits of ACCOUNT NO.   5:10-CV-02238-PVT <br> **River Ranch Fresh Foods, LLC** <br> **1156 Abbitt St.** <br> **Salinas, CA 93901** <br><br> **Lawrence H. Meuers, Esq.** <br> **River Ranch Fresh Foods** <br> **Larence H. Meuers, Esq** <br> **Meuers Law Firm, PL** <br> **5395 Park Central Court** <br><br> **United States District of Californi** <br> **San Jose Division** <br> **280 North First St.,** <br> **San Jose, CA 95113** | | | Default | | | | 59,000.00 |

Sheet no. 23 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 59,286.00 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Robbie Nickerson<br>19710 E. County 7th St.<br>Wellton ,AZ 85356<br><br>Superior Court of Yuma County<br>250 West 2nd St<br>Yuma, AZ 85634 | | | Breach of contract<br>Default in Yuma County AZ | | | | 1,200,000.00 |
| Last four digits of ACCOUNT NO.<br>Robert Mann Packaging<br>340 El Camino Real South<br>Salinas, CA 93901<br><br>Effie F. Anastassiou, Esq.,<br>242 Capital St.,<br>Salinas, CA 93901<br><br>Superior Court of California,<br>County of Santa Clara<br>191 North First St.,<br>San Jose, CA 95113 | | | Credit | | | | 46,297.00 |
| Last four digits of ACCOUNT NO.<br>Rossi's Tire and Auto Service<br>810 North Sanborn<br>Salinas, CA 93905 | | | Credit | | | | 828.00 |
| Last four digits of ACCOUNT NO.<br>Rynn and Janowsky, LLP<br>4100 Newport Place Dr. St. 700<br>Newport Beach, CA 92660 | | | Credit | | | | 772.00 |

Sheet no. 24 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | 1,247,897.00

Total ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Sage Blanc Inc.<br>PO Box 1098<br>Hollister, CA 95024-1098 | | | Credit | | | | 4,172.00 |
| Last four digits of ACCOUNT NO.<br>Salinas INC Portables<br>PO Box 1102<br>Patterson, CA 95362 | | | Credit | | | | 3,750.00 |
| Last four digits of ACCOUNT NO.<br>Sambrailo Paper Co. Inc.<br>PO Box 50090<br>Watsonville, CA 95077-5090 | | | Credit | | | | 20,117.00 |
| Last four digits of ACCOUNT NO.<br>San Benito County Water<br>PO Box 899<br>Hollister, CA 95024-0899 | | | Credit | | | | 267.00 |
| Last four digits of ACCOUNT NO.<br>Sergi Carrera<br>455 Southwind Drive<br>El Centro, CA 92243 | | | Credit | | | | 40.00 |

Sheet no. 25 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $ | 28,346.00 |
|---|---|---|---|
| | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Silliker Inc.** 5262 Pirrone Ct. Salida, CA 95368 | | | Credit | | | | 4,438.00 |
| Last four digits of ACCOUNT NO. **SLO County Organics LLC** 2732 Danley Court # 103 Paso Robles, CA 93446 | | | Credit | | | | 2,998.00 |
| Last four digits of ACCOUNT NO. **Sound Produce Co. Inc.** PO Box 84565 Seattle, WA 98124 | | | Credit | | | | 651.00 |
| Last four digits of ACCOUNT NO. **South Bay Metals, Inc.** 64 Denio Ave. Gilroy, CA 95020 | | | Credit | | | | 572.00 |
| Last four digits of ACCOUNT NO. **Specialty Product of Salinas** PO Box 400 Paso Robles, CA 93447 | | | Credit | | | | 1,094.00 |

Sheet no. _26_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 9,753.00 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>SRS & Company<br>407 Front St.<br>Salinas, CA 93901 | | | Credit | | | | 140.00 |
| Last four digits of ACCOUNT NO.<br>Stahl Motor Company<br>PO Box 167<br>Monterey CA 93942 | | | Credit | | | | 769.00 |
| Last four digits of ACCOUNT NO.<br>Stainislaus Farm Supply Inc.<br>PO Box 31001-0821<br>Pasadena, CA 91110-0821 | | | Credit | | | | 0.00 |
| Last four digits of ACCOUNT NO.<br>Stanislaus County<br>PO Box 770<br>Modesto, CA 95353-0770 | | | Credit | | | | 127.00 |
| Last four digits of ACCOUNT NO.<br>Stanislaus County Auditor<br>1010 10th St. Ste 5100<br>PO Box 770<br>Modesto, CA 95353-0770 | | | Credit | | | | 168,421.00 |

Sheet no. 27 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 169,457.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Staples Credit Plan**<br>**Dept 82-0002574077**<br>**PO Box 944230**<br>**Sacramento, CA 94244-2300** | | | Credit | | | | 1,431.00 |
| Last four digits of ACCOUNT NO.<br>**Steve Franson**<br>**Reid H. Everett**<br>**Perkins, Mann & Everett, PC**<br>**2222 West Shaw Avenue, Suite 202**<br>**Fresno, California 93711** | | | Receiver for Rabo Bank | | | | **Notice Only** |
| Last four digits of ACCOUNT NO.<br>**Steven Penrose, Trustee**<br>**960 W. Cliff Dr.**<br>**Santa Cruz, CA 95060-6460** | | | Credit | | | | 37.00 |
| Last four digits of ACCOUNT NO.<br>**Stomar Equipment**<br>**130 Anderson Rd.**<br>**Mewman, CA 95360** | | | Credit | | | | 920.00 |
| Last four digits of ACCOUNT NO.<br>**T&C Supplies**<br>**4860 Monterey Rd.**<br>**Gilroy, CA 95020** | | | Credit | | | | 388,668.00 |

Sheet no.  28 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➢ | $ | 391,056.00 |
| Total ➢ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> Tonascia Farms, Inc <br> PO Box 1732 <br> Hollister, CA 95024 | | | Credit | | | | 20,000.00 |
| Last four digits of ACCOUNT NO. <br> Toyota Motor Credit, Corp. <br> PO Box 2431 <br> Carol Stream, IL 60132-2431 | | | Credit | | | | 453.00 |
| Last four digits of ACCOUNT NO. <br> True Leaf Farms, LLC <br> PO Box 2390 <br> Salinas, CA 93902-2390 <br><br> Paul Moncriff <br> Johnson and Moncrief <br> 295 S Main St Ste 600 <br> Salinas, CA 93901 | | | Credit | | | | 10,263.00 |
| Last four digits of ACCOUNT NO. <br> UAL Member Services <br> 54 Corporate Park <br> Irvine, CA 92606-5105 | | | Credit | | | | 720.00 |

Sheet no. 29 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 31,436.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **United Agriculture Benefit** <br> **File 53276** <br> **Los Angeles, CA 90074-3276** | | | Credit | | | | 9,448.00 |
| Last four digits of ACCOUNT NO. <br> **Valley Fabrication Inc.** <br> **PO Box 3618** <br> **Salinas, CA 93912** | | | Credit | | | | 737.00 |
| Last four digits of ACCOUNT NO. <br> **Vank Produce** <br> **746 South Central Ave.** <br> **Unit 13-16** <br> **Los Angeles, CA 90021** | | | Credit | | | | 5,862.00 |
| Last four digits of ACCOUNT NO. <br> **Verizon Wireless** <br> **PO Box 9622** <br> **Mission Hills, CA 91346-9622** | | | Credit | | | | 2,874.00 |
| Last four digits of ACCOUNT NO. <br> **Walter Law Group** <br> **7110 N. Fresno St., # 400** <br> **Fresno, CA 93720** | | | Credit | | | | 551.00 |

Sheet no. 30 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $ 19,472.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Western Cooling and Logis** <br> 1275 San Justo Rd. <br> San Juan Bautista, CA 95045 | | | Credit | | | | 946,754.00 |
| Last four digits of ACCOUNT NO. <br> **Western Growiers Assn.** <br> 17620 Fitch St. <br> Irvine, CA 92614 | | | Credit | | | | 1,236.00 |
| Last four digits of ACCOUNT NO. <br> **Western-Harvesting LLC** <br> PO Box 689 <br> King City, CA 93930 | | | Credit | | | | 34,629.00 |
| Last four digits of ACCOUNT NO. <br> **Westwind Inc.** <br> 730 Neeson Rd. <br> Marina, CA 93933 | | | Credit | | | | 0.00 |
| Last four digits of ACCOUNT NO. <br> **Worlds Finest Farms, LLC** <br> 1201 Morningside Ct. <br> Hollister, CA 95023 | | | Credit | | | | 7,374.00 |

Sheet no. 31 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | 989,993.00 |
| Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Wyrick Farms Inc. PO BOX 188 . SAN JUAN BAUTISTA CA 95045-0188 | | | Rent | | | | 200,000.00 |

Sheet no. 32 of 32 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | 200,000.00 |
| Total > | $ | 5,882,197.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re   **Pride of San Juan** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

| In re | **Pride of San Juan** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

| In re | Pride of San Juan | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Steven Wyrick**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **43** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief. *(Total shown on summary page plus 1)*,

Date _10/20/10_          Signature: _____

**Steven Wyrick President**
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Pride of San Juan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **5,234,920.00** | **2008 Income** | **2008** |
| **unknown** | **2009 Income** | **2009** |
| **0.00** | **2010 YTD Income** | **2010** |

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☑  **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑  benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| True Leaf Farms, LLC v. Pride of San Juan | Interruption of Business | San Benito County 440 Fifth St Hollister, CA 95023 | Pending |
| Robert Nickerson Farms vs Pride of San Juan s1400cv201000936 | Collection | Arizona Superior Court in Yuma 250 W. 2nd St. Yuma, AZ 85634 | pending |
| Wyrick Farms Inc. vs. Pride of San Juan CU-10-00044 | Collection | San Benito Supeior Court 440 Fifth St. Hollister, CA 95023 | Judgement |
| Crop Production Services vs. Pride of San Juan | Breach of Contract | Superior Court of Fresno County 2317 Tuolumne St, Fresno County, CA 93727 | Pending |
| Robert Mann Packaging, Inc. v Pride of San Juan, Inc. 1-10cv166886 | collection | Superior Court of California County of Santa Clara | Pending |
| RaboBank, NA v Pride of San Juan CU-10-00034 | Collection | Superior Court of California Coubnty of San Benito | Pending |
| Manjar, Inc. v. Pride of San Juan Inc. | | | |
| River Ranch Fresh Foods, LLC v Pride of San Juan, Inc and Stephen F. Wyrick 5:10-cv-02238-PVT | Collection | United States District Court Northern District of California San Jose Division | Default |
| AG-Seeds v Pride of San Juan et al CU-10-00071 | Collection | Superior Court of California County of San Benito | Pending |
| Holt of California v Pride of San Juan 39-2010-00237496-CL-BC-STK | Collection | Superior Court of California County of San Joaquin | Default Judgment Entered |
| Jet Pro Inc. v Pride of San Juan CIV 495942 | collection | San Mateo County | Pending |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Robobank PO Box 450 Salinas, CA 93902 | 07/06/2010 | All assets of Pride of San Juan estimated value $500,000 |

**5.  Repossessions, foreclosures and returns**

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Steve Franson Perkins Mann and Eveerett Attn: Reid J. Everett 2222 West Shaw Avenue, Suite 202 Fresno, California 93711** | **Superior Court of California - San Benito Rabobank, NA v. Pride of San Juan CU-10-00034** | **06/24/2010** | **Blanket UCC on assets of Pride of San Juan** |

**7.  Gifts**

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Tractor** **$2500** | **Stolen from property** | **06/01/2009** |
| **Tractor** **$2500** | **Stolen from property** | **06/01/2010** |

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CAMPEAU GOODSELL SMITH** **440 N. 1ST ST** **STE 100** **SAN JOSE, CA 95112** | **June 2010** | **$10,000 includes court filing fee** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☐        sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
         savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
         credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
         filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both
         spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Rabobank PO Box 1845 El Centro, California, 92244-1845 | #67140 $3.50 | $3.50 July 2010 |
| Rabobank PO Box 1845 El Centro, California, 92244-1845 | Business Checking Acct #7144 $0 | $0 7/8/2010 |
| Wells Fargo Bank, NA PO Box 6995 Portland, OR 97228-6995 | Commercial Checking Acct #8607 $0 | $0 July 2010 |

## 12. Safe deposit boxes

None     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑        **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
         must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☑        the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
         concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
         petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None     List all property owned by another person that the debtor holds or controls.
☑

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None     If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the
☐        debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
         any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1275 San Justo Rd. San Juan Bautista, CA 95045 | Same | 1998-Jan 2010 |

## 16. Spouses and Former Spouses

None     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑        California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
         immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
         who resides or resided with the debtor in the community property state.

         NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None     a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that
☑        it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of
         the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None     b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
☑        Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None     c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☑        respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party
         to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **True Leaf Farms** | | | | |

None ☑    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Petsas & Hill**<br>**Gus Petsas**<br>**3150 Hilltop Mall Rd Ste 31**<br>**Richmond, CA 93906** | **1995-2009** |
| **Rafael Carriedo**<br>**688 E.Bordonda Rd.**<br>**Salinas, CA 93906** | **2010** |

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Steve Franson** | **11296 Blackie Rd.**<br>**Castroville, CA 95011** |

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

## 20. Inventories

None ☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 03/01/2005 | Howard Holt | Unknown |
| 10/01/2006 | Howard Holt | |

None ☐

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 03/01/2005 | Steve Franson 11296 Blackie Rd. Castroville, CA 95011 |
| 10/01/2006 | Steve Franson 11296 Blackie Rd Castroville, CA 95001 |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Stephen Wyrick 3376 Cienga Rd. Hollister, CA 95023 | CEO | 50% Ownership |
| Tiffany Wyrick 3376 Cienga Rd. Holilster, CA 95023 | | 50% ownership |

## 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None

☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## 25. Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

● ● ● ● ● ● ● ● ●

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  _10/20/10_

Signature _Stephen Wyrick_

**Steven Wyrick, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

# MASTER MAILING LIST

## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        <u>Kari L. Silva, Esq.</u>
Address     <u>**CAMPEAU GOODSELL SMITH**</u>
            <u>**440 N. 1ST ST**</u>
            <u>**STE 100**</u>
            <u>**SAN JOSE, CA 95112**</u>
Telephone   <u>**408-295-9555**</u>

☒  Attorney for Debtor(s)
☐  Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Pride of San Juan** | Case No.: |
| | Chapter:          7 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**20**_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   _10/20/10_

_Steven Wyrick ,President_

_____
Kari L. Silva, Esq., Attorney *(if applicable)*

Pride of San Juan
11296 Blackie Rd.
Castroville, Ca 95012

Kari L. Silva, Esq.
CAMPEAU GOODSELL SMITH
440 N. 1ST ST
STE 100
SAN JOSE, CA 95112

Paul Moncriff
Johnson and Moncrief
295 S Main St Ste 600
Salinas, CA 93901

United States District of Californi
San Jose Division
280 North First St.,
San Jose, CA 95113

A&P Farms
1 Blossom Lane
Watsonville, CA 95076

AG-Seeds Unlimited
10 North East St. Ste 200
Woodland, CA 95776

Allied Insurance
1601 Exposition Blvd.
Sacramento, CA 95815

Allied Waste Services
PO Box 4459
Yma, AZ 85366-4459

Amcor Distribution LLC
PO Box 26297
Yuma, AZ 85367

American Supply Co, Inc
PO Box 2026
Salinas, CA 93901

Aramark Uniform Services
PO Box 28383
San Jose, CA 95159-8383

AT&T
PO Box 277019
Atlanta, GA 30384-7019

B&E Sanitation Inc.
PO Box 5467
Yuma, AZ 85366-0000

Bank of America
PO Box 60069
City of Industry, CA 91716-0069

Beacon Gas
105 San Felipe Rd.
Hollister, CA 95023

Benjamin Arroyo Jr.
PO Box 36
Patterson, CA 95363

Billy Walker Rentals
PO Box 3024
Gonzales, CA 93926-3024

Brigantino Irrigation
910 Propospect Ave.
Hollister, CA 95023

Bulldog Oil
PO Box 730
Riverbank, CA 95367

C&M Helicopter Inc.
230 Skyland Drive
Hollister, CA 95023

Ca Leafy Green Products
1521 I Street
Sacramento, CA 95814-2016

California Assn. of Flower Growers
820 Bay Ave., Suite 210
Capitola, CA 95010

California Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0011

California State Automobile Assn
PO Box 429186
SF, CA 94142-9811

California Transport LLC
124 Griffin St.
Salinas, CA 93901

California Chamber of Commerce
1332 North Market Blvd.
Sacramento, CA 95834

Cavanagh Flying Service
601 S. Indiana Ave.
Modesto, CA 95357

CB Ogistics
PO Box 2390
Salinas, CA 93902

Central Wholesale Electronics
PO Box 351
Livermore, CA 94551

Ceres Certifications
PO Box 848
Chippewa Falls, WI 54729

Chappell Pump & Supply
585 Las animas
PO Box 1683
Gilroy, CA 95021-1683

Chemical Support Specialist
491 Herdon Ave.
Suite 220
Clovis, CA 93612

Church Brothers LLC
19065 Portola Drive Ste C
Salinas, CA 93908

Coast Counties Peterbilt
920 Elvee Dr.
Salinas, CA 93901

Coastal Tractor Inc.
6454 Chestnut St.
Gilroy, CA 95020

Condor Seed Production
16315 S. Ave A 1/2
Somerton, AZ 85350

Crop Production Services
1901 Shelton Drive
Hollister, CA 95023

CSC of Salinas
721-B Abbott St.
Salinas, CA 93901

Custom Produce Sales
PO Box 977
Kingsburg, CA 95631

Dassel's Petroleum Inc
31 Wright Road
Hollister, CA 95023

Dave Kawahara
698 Burnett Ave.
Morgan Hill, CA 95037

David Drew Transportation
PO Box 6982
Salinas, CA 93912

Del Puerto Water District
PO Box 1596
Patterson, CA 95363

Deltatrak, Inc
PO Box 398
Pleasanton, CA 94566

Destiny Packaging Inc.
455 Canyon Del Rey Blvd. #422
Del Rey Oaks, CA 93940

DMV
PO Box 932320
Sacramento, CA 94232-3200

Duncan Family Farms
17203 W. Indian School Rd.
Goodyear, AZ 85395-9209

Effie F. Anastassiou, Esq.,
242 Capital St.,
Salinas, CA 93901

Eldwood Dryden
PO Box 1450
Hollister, CA 95024

Elkhorn Packing Co LLC
PO Box 838
Castroville, CA 95012

Employment Development Department
District Tax Office
2045 40th Ave. Suite A
Capitola, CA 95010

ES Labor
PO Box 1136
Huron, CA 93234

Escamilla Electric
PO Box 3156
Somerton, AZ 85350

Famous Software, LLC
8080 North Palm Ave. Ste 210
Fresno, CA 93711

Fastenal Company
PO Box 978
Winona, MN 55987-0978

Federal Express
PO Box 1140
Memphis, TN 38101-1140

Fisher Scientific
13551 Collections Ctr. Dr
Chicago, CA 60693

Food Safety Now, LLC
PO Box 1290
Salinas, CA 93902

Fresh Farm, Inc.
PO Box 1600
King City, CA 93930

Gil-Gen
7330 Railroad St.
Gilroy, CA 95020

Green Rubber Kennedy AG
PO Box 7488
Spreckles, CA 93962

Green Valley Industrial SU
PO Box 7638
Spreckles, CA 93962-7638

GW Palmer & Co., Inc.
1080 West Rex Rd. #100
Memphis, TN 38119-3820

Hasler Refrigeration Inc.
1365 South Pacific Ave.
Yuma, AZ 85365

Hayash & Wayland
Po Box 1879
Salinas, CA 93902

Headstart Nurserey, Inc
4860 Monterey Rd.
Gilroy, CA 95020

Hernandez Labor Inc.
PO Box 2108
Hollister, CA 95024

High Sierra Chemicals, Inc.
PO Box 848
Chippewa Falls, WI   54729

Hollister Auto Parts, Inc.
PO Box 1395
Hollister, CA 95024-1395

Hollister Drive In Market
889 4th St.
Hollister, CA 95023

Holt of California
PO Box x
Sacramento, CA 95813

Home Depot
PO Box 6031
The Lakes, NV 88901-6031

ICON Solutions
9800 Rolling Meadows Ln
Salinas, CA 93907

In Motion Transportation
PO Box 6858
San Jose, CA 95150-6858

Internal Revenue Service
PO Box 6229
Chicago, IL 60680-6229

J.M. Equipment
PO Box 6000
San Francsico, CA 94160-3299

Jet Pro Inc.
486 Cabot Rd.
S. San Francisco, CA 94080

John Kawahara
698 Burnet Ave.
Morgan Hill, CA 95037

John O"Neil
PO Box 1183
San Juan Bautista, CA 9045

John Smith Landfill
2650 Johnson Smith Rd.
Hollister, CA 95023

Johnny's Selected Seeds
955 Benton Ave.
Winslow, ME 04901

Johnson & Associates
PO Box 120
Salinas, CA 93902-0120

Jose Escamilla
2213 California Ct.
Calexio, CA 92231

Keaton & Associates, Inc.
1278 W. Northwest Highway Suite 903
Palatine, IL 60067

Keithly-Williams Seeds
PO Box 177
Holtville, CA 92250

KENNEALLY, BERNARD P
2977 Ygnacio Valley Rd #155
Walnut Creek, CA 94598

Law Offices of Clark & Ass.
256 S. Second Ave.
Suite E
Yuma, AZ 85364

Lawrence H. Meuers, Esq.
River Ranch Fresh Foods
Larence H. Meuers, Esq
Meuers Law Firm, PL
5395 Park Central Court

Lettuce Trak, Inc.
PO Box 1468
Yuma, AZ 85366

Madwesco, LLC
3376 Crenega Rd.
Hollister, CA 95083

Maggiora Bros Drilling, Inc.
595 Airport Blvd.
Watsonville, CA 95076-2027

Mar Monte Medical Clinic
846 Freedom Blvd.
Watsonville, CA 95076

Mark A Serlin
Serlin & Whiteford, LLP
813 F. Street, 2nd Floor
Sacramento, CA 95814

Mark Poniatowski, Esq
Law Offices of Mark D. Poniaowski
2811 Castro Valley Blvd., Suite 208
Castro Valley, CA 94546

Matsuye Shinga
460 Breen Rd.
San Juan Bautista, CA 95045

Matt Boulware Farms
200 Northhampton Way
Newman, CA 95360

Matt Yanez
11296 Blackie Rd.
Castrovile, CA 95012

Melo Machine & Manufacturing
PO Box 517
Patterson, CA 95363-0517

Mobile Mini, LLC
7420 S. Kyrene Rd. Suite 101
Tempe, AZ 85283

Monterey Bay Systems
27 Quail Run Circle
Salinas, CA 93907

Morelos Bros.
5609 Edgefield Way
Salida, CA 95368

Moreno Petroleum Co
33 Associated Land
PO Box 429
Watsonville, CA 95077

Norcal Waste of San Benito
1351 Pacheco Pass Hwy
Gilroy, CA 95020

Orange Enterprises Inc.
2377 W. Shaw Suite 205
Fresno, CA 93711-0000

Oscar's Bearings & Seals
10865 Merrit St.
PO Box 638
Castroville, CA 95012

Pacific Truck Parts
1103 Abbott St.
Salinas, CA 93901-4634

Paxton-O'Brien Law Group
350 Fifth St.
Hollister, CA 95023

Pemcon Inc.
730 Neeson Rd.
Marina, CA 93933

Petasas & Hill CPA's, Inc.
3150 Hilltop Mall Rd.
Richmon, CA 94806-0000

Peterson Tractor Co. Inc.
PO Box 5258
San Leandro, CA 94577-0610

PG&E
PO Box 997300
Sacramento, CA 95899-7300

Pinnacle Food Safety Supply
PO Box 2033
Gonzales, CA 93926

Pinnacle Urgent Care Inc.
PO Box 8159
Salinas, CA 93912-8159

Pitney Bowes Global Financial
2225 American Dr.
Neenah, WI, 54956

Praxair Distribution Inc.
Department LA 21511
Pasadena, CA 91185-1511

Premium Employment Service
449 Harrison Rd.
PO Box 4118
Salinas  CA 93912-4118

Primus Labratories, Inc.
2810 Industrial Pkwy
Santa Maria, CA 93455

Pringle Tractor Co.
PO Box 689
Salinas, CA 93902

Produce Reporter Information
845 E. Geneva Rd.
Carol Stream, IL  60188-3520

Quinn Company
Department 9665
Los Angeles, CA 90084-9665

Rabobank, NA
PO Box 450
Salinas, CA 93902

Ramona Costa
2020 Shore Rd.
Hollister, CA 95023

Ramsay-Highlander Inc.
PO Box 5087
Salinas, CA 93915-5087

Reece Spraying Service, Inc.
30725 S. Koster Rd.
Tracy, CA 95376

Rene Lastreto
Lang, Richert & Patch
5200 N. Pak, Ave., 4th Floor
Fresno, CA 93704

Retriever Payment Systems
20405 State Hwy 249 Ste 700
Houston, Tx 77070

River City Produce Sales
2630 5th St.
Sacramento, CA 95818

River Ranch Fresh Foods, LLC
1156 Abbitt St.
Salinas, CA 93901

Robbie Nickerson
19710 E. County 7th St.
Wellton ,AZ 85356

Robert Mann Packaging
340 El Camino Real South
Salinas, CA 93901

Rossi's Tire and Auto Service
810 North Sanborn
Salinas, CA 93905

Rynn and Janowsky, LLP
4100 Newport Place Dr. St. 700
 Newport Beach, CA 92660

Sage Blanc Inc.
PO Box 1098
Hollister, CA 95024-1098

Salinas INC Portables
PO Box 1102
Patterson, CA 95362

Sambrailo Paper Co. Inc.
PO Box 50090
Watsonville, CA 95077-5090

San Benito County Water
PO Box 899
Hollister, CA 95024-0899

Sergi Carrera
455 Southwind Drive
El Centro, CA 92243

Silliker Inc.
5262 Pirrone Ct.
Salida, CA 95368

SLO County Organics LLC
2732 Danley Court # 103
Paso Robles, CA 93446

Sound Produce Co. Inc.
PO Box 84565
Seattle, WA 98124

South Bay Metals, Inc.
64 Denio Ave.
Gilroy, CA 95020

Specialty Product of Salinas
PO Box 400
Paso Robles, CA 93447

SRS & Company
407 Front St.
Salinas, CA 93901

Stahl Motor Company
PO Box 167
Monterey CA 93942

Stainislaus Farm Supply Inc.
PO Box 31001-0821
Pasadena, CA 91110-0821

Stanislaus County
PO Box 770
Modesto, CA 95353-0770

Stanislaus County Auditor
1010 10th St. Ste 5100
PO Box 770
Modesto, CA 95353-0770

Staples Credit Plan
Dept 82-0002574077
PO Box 944230
Sacramento, CA 94244-2300

Steve Franson
Reid H. Everett
Perkins, Mann & Everett, PC
2222 West Shaw Avenue, Suite 202
Fresno, California 93711

Steven Penrose, Trustee
960 W. Cliff Dr.
Santa Cruz, CA 95060-6460

Stomar Equipment
130 Anderson Rd.
Mewman, CA 95360

Superior Court of California
County of San Benito
440 Fifth Street
Hollister, CA 95023

Fresno Superior Court
2317 Tuolumne St.
Fresno, CA
93721

Superior Court of California,
County of Santa Clara
191 North First St.,
San Jose, CA 95113

Superior Court of California,
County of San Joaquin
222 E. Weber Ave.,
Stockton, CA 95202

Superior Court of Callifornia
County of San Benito
440 Fifth St.,
Hollister, CA 95023

Superior Court of Yuma County
250 West 2nd St
Yuma, AZ 85634

T&C Supplies
4860 Monterey Rd.
Gilroy, CA 95020

Tonascia Farms, Inc
PO Box 1732
Hollister, CA 95024

Toyota Motor Credit, Corp.
PO Box 2431
Carol Stream, IL 60132-2431

True Leaf Farms, LLC
PO Box 2390
Salinas, CA 93902-2390

UAL Member Services
54 Corporate Park
Irvine, CA 92606-5105

United Agriculture Benefit
File 53276
Los Angeles, CA 90074-3276

Valley Fabrication Inc.
PO Box 3618
Salinas, CA 93912

Vank Produce
746 South Central Ave.
Unit 13-16
Los Angeles, CA 90021

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622

Walter Law Group
7110 N. Fresno St., # 400
Fresno, CA 93720

Western Cooling and Logis
1275 San Justo Rd.
San Juan Bautista, CA 95045

Western Growiers Assn.
17620 Fitch St.
Irvine, CA 92614

Western-Harvesting LLC
PO Box 689
King City, CA 93930

Westwind Inc.
730 Neeson Rd.
Marina, CA 93933

Worlds Finest Farms, LLC
1201 Morningside Ct.
Hollister, CA 95023

Wyrick Farms Inc.
PO BOX 188
SAN JUAN BAUTISTA CA 95045-0188